**Entered on Docket
March 29, 2011**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

___

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: MICHAEL ALOYS GILSDORF<br>APRLLA KATHERINE GILSDORF<br><br>Debtor(s) | BK-09-18949-mkn<br>Ch 7<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore, it is hereby

ORDERED that the amount of $6,309.88 constituting an unclaimed dividend is declared due to Randal R. Leonard.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of

Randal R. Leonard
509 South 7th Street
Las Vegas NV 89101

###